# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>DUSTIN KATTERMAN,<br><br>                Defendant. | Case No. 3:21-cr-00095-SLG-KFR |

**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY**

A plea agreement was filed in this case at Docket 134. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances, which is a violation of 21 U.S.C. § 846.

Judge Reardon issued a Final Report and Recommendation at Docket 141, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment—Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances—and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing is scheduled for September 29, 2022, at 11:00 a.m. before District Judge Sharon Gleason in Anchorage Courtroom 2.

DATED this 19th day of July, 2022, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00095-SLG-KFR, *United States v. Katterman*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:21-cr-00095-SLG-KFR   Document 144   Filed 07/19/22   Page 2 of 2